IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 14 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CAMILLE A. AVARELLO,

                Plaintiff,

-against-

VICTOR NICO, et al.,

                Defendants.
-----------------------------------------------------------------X

04-CV-2549 (ARR)(VVP)

NOT FOR PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated September 18, 2005 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, this action is dismissed.

SO ORDERED.

                                                                      Allyne R. Ross
                                                                        United States District Judge

Dated: October 7, 2005
       Brooklyn, New York

1

SERVICE LIST:

> Attorney for Plantiff
> Mary M Looby
> Gravante & Looby LLP
> 1514 86th Street
> Brooklyn, NY 11228
> (718)236-3800
>
> Defendant
> Victor P. Nilo, Sr. a/k/a Victor Nico
> 139 70th Street
> Guttenberg, NJ 07093

cc:     Magistrate Judge Viktor V. Pohorelsky